# COMMONWEALTH of VIRGINIA
## Virginia Employment Commission

Commission Appeals, P.O. Box 26441, Richmond, Virginia 23261-6441
Telephone: 804-786-4140 or VA Relay 711, Fax: 804-786-9034
www.vec.virginia.gov

245                                                                          A-CLA-005

MARK A. PIFER
4302 WINCHESTER AVE APT L
MARTINSBURG, WV 25405-2596

RE: MARK PIFER
SSN: xxx-xx-6444
v.
SHIRLEY CONTRACTING CO LL
Liable Employer

Commission Decision: UI-145030-C

Enclosed is a copy of the Commission Decision in this case. If the decision was not in your favor and you want to appeal further, you must file a Petition for Judicial Review in Circuit Court. Carefully read the IMPORTANT INSTRUCTIONS on the back of this letter.

If you need an interpreter or translation services, call the Clerk of the Commission Appeals at 804-786-4140. TTY Caller, call Virginia Relay 711 or 800-828-1140. Virginia Relay enables people who are deaf, hard of hearing, deafblind, or speech disabled to communicate by text telephone.

*Stephanie L. De La Cruz*
Clerk of the Commission



Enclosure

**This Commission Decision was mailed on the 14th day of April, 2025, to the following:**
CLAIMANT: MARK A. PIFER, 4302 WINCHESTER AVE APT L, MARTINSBURG, WV 25405-2596
LIABLE EMPLOYER: SHIRLEY CONTRACTING CO LL, 8435 BACKLICK RD, LORTON, VA 22079-1403
SHIRLEY CONTRACTING CO LL, PO BOX 182366, COLUMBUS, OH 43218-2366

The Virginia Employment Commission is an Equal Opportunity Employer/Program.
Auxiliary aids and services are available upon request to individuals with disability

## IMPORTANT INSTRUCTIONS

This decision will become final 10 days after the date this decision is mailed pursuant to Section 60.2-622 of the Code of Virginia. An appeal of this decision must be made directly to the Circuit Court of the city or county where the claimant last worked in Virginia. The final date for filing a Petition for Judicial Review (appeal) to the Circuit Court is shown on the first page of your decision. This appeal period is set by statute and cannot be extended.

To appeal this decision, you must file a Petition for Judicial Review pursuant to Section 60.2-625 of the Code of Virginia. Neither the Virginia Employment Commission nor the Circuit Court can help you prepare this document. The Petition for Judicial Review must be received and filed in the appropriate Circuit Court Clerk's office within thirty (30) days from the date the decision was mailed by the Virginia Employment Commission.

In your Petition for Judicial Review, you must name the Virginia Employment Commission and either the employer(s) or claimant, whichever is applicable, as defendants. You must state the reasons why you believe the Virginia Employment Commission decision is incorrect.

The Clerk of the Circuit Court will charge a fee to file the Petition for Judicial Review (Petition), as well as a fee to have the Petition formally served on the Virginia Employment Commission by the Sheriff. These fees must be paid at the time you file your Petition. You should ask the appropriate Circuit Court the amount of the fees. If you cannot pay the fee, you may ask the Circuit Court how to request a fee waiver.

In your Petition for Judicial Review, you must include the following information for the Sheriff to serve the Virginia Employment Commission: "Clerk of the Commission, Virginia Employment Commission, 6606 West Broad Street, Richmond, Virginia, 23230."

You must give the Clerk of the Circuit Court as many copies of the Petition for Judicial Review as there are defendants in the case.

After the Virginia Employment Commission has been properly served with a correct Petition, a Record of Proceedings will be filed with the Circuit Court. Copies of the Record of Proceedings will be mailed to all parties or their attorneys.

Individual claimants and sole proprietor employers may represent themselves. Legal counsel is required for corporations and partnerships. The Virginia Employment Commission cannot give you legal advice.